**Electronically Filed
Supreme Court
SCPW-23-0000488
16-OCT-2023
09:49 AM
Dkt. 24 ODDP**

SCPW-23-0000488

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

MIKA ALDAN also known as MIKA TAN,
Petitioner,

vs.

THE HONORABLE KIMBERLY T. GUIDRY,
Associate Judge of the Intermediate Court of Appeals,
State of Hawai'i, Respondent Judge.

---

ORIGINAL PROCEEDING
(1CPC-20-0001541; 1CPC-21-0000816; CAAP-23-0000124)

ORDER DENYING PETITION
(By: Recktenwald, C.J., McKenna, and Eddins, JJ.,
Circuit Judge Cataldo and Circuit Judge Hamman,
assigned by reason of vacancies)

Upon consideration of the August 21, 2023, August 25, 2023, and September 21, 2023 submissions from Petitioner Mika Aldan also known as Mika Tan, filed with this court as a petition for a writ of mandamus, and the record in 1CPC-20-0001541, 1CPC-21-0000816, and CAAP-23-0000124, we conclude the petitioner is neither Sean Aldan's counsel nor a party to the underlying cases

and further that she fails to demonstrate a clear and indisputable right to relief.  See Hawai'i Rules of Appellate Procedure Rule 21(a); Straub Clinic & Hospital v. Kochi, 81 Hawai'i 410, 414, 917 P.2d 1284, 1288 (1996).  Therefore,

It is ordered that the petition is denied.

DATED:  Honolulu, Hawai'i, October 16, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa W. Cataldo

/s/ Kirstin M. Hamman